2 A.3d 472

James D. SCHNELLER, Petitioner

v.

ZONING HEARING BOARD OF RADNOR TOWNSHIP, Respondent

Norcini Builders, Inc., Intervenor.

Supreme Court of Pennsylvania.

Aug. 9, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 9th day of August, 2010, the Petition for Allowance of Appeal and "Petitioner's Application for Stay and Injunction" are denied. The requests for attorney's fees by Respondent Zoning Hearing Board of Radnor Township and Intervenor Norcini Builders, Inc., are denied.